Susan D. Silveira SBN # 169630
Silveira Law Offices
1177 Branham Lane # 420
San Jose, CA 95118-3766
Phone (408) 265-3482
Fax (408) 265-7479
silveiralaw@earthlink.net

Attorney for Debtor
Zoltan Szucs

**The Relief Sought in the following order is DENIED. Signed July 02, 2010**

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

IN RE: ) CHAPTER 13
)
ZOLTAN SZUCS ) CASE NO.: 09-50362 CN
)
) Date: July 16, 2010
) Time: 10 AM
Debtor. ) Place: The Quadrangle #214
)        1000 S. Main Street
         Salinas, CA 93901

**ORDER TO CONTINUE PRE-HEARING CONFERENCE REGARDING OBJECTION TO CLAIM OF COUNTRYWIDE HOME LOANS SERVICING, LP**

Based on the stipulation of the parties, the pre-hearing conference in this matter is continued to October 15, 2010.

**END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Susan Silveira |
|   | Silveira Law Offices |
| 3 | 1177 Branham Lane #420 |
|   | San Jose, CA 95118-3766 |
| 4 | |
|   | Vy Pham |
| 5 | Miles, Bauer, Bergstrom & Winters, LP |
|   | 1665 Scenic Ave., Ste 200 |
| 6 | Costa Mesa, CA 92626 |